**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ronald W. Collins,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Tanisha Mulhead Henry, *et al.*,<br><br>　　　　　Defendant(s). | 2:23-cv-01812-GMN-MDC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO USE THE U.S. MARSHAL FOR SERVICE (ECF NO. 18) AND MOTION IDENTIFYING DEFENDANT HENRY (ECF NO. 22) AS MOOT** |

Pro se plaintiff Ronald W. Collins filed a *Motion to Use U.S. Marshal for Service* ("Motion for Service") and a *Motion Identifying Defendant Tanisha Mulhead Henry as Unserved* ("Motion Identifying Defendant"). ECF Nos. 18 and 22. Plaintiff asks the Court in both motions to help him serve defendant Henry. The Office of the Nevada Attorney General has now accepted service and entered an appearance for defendant Henry, so the Court DENIES both motions as MOOT.

**IT IS ORDERED that:**

1. Plaintiff Ronald W. Collins's *Motion to Use U.S. Marshal for Service* (ECF No. 18) is DENIED AS MOOT.

2. Plaintiff Collins's *Motion Identifying Defendant Henry* (ECF No. 22) is DENIED AS MOOT.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file

objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**

    IT IS SO ORDERED.

    DATED this 30th day of July 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge