AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for OAG Defendants*
*Alex Bravo and Patrick Moreda*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD W. COLLINS,<br><br>        Plaintiff,<br><br>v.<br><br>TANISHA M. HENRY, *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-01812-GMN-MDC<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT TANISHA MUIRHEAD-HENRY** |

Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby move to withdraw as counsel of record for Defendant Tanisha Muirhead-Henry.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.    BACKGROUND**

On or about July 19, 2024, undersigned counsel received authorization from Defendant Tanisha Muirhead-Henry for the Office of the Attorney General to represent her in this action, and to file an Acceptance of Service and a Motion to Dismiss on her behalf. *See* ECF No. 26

On August 1, 2024, Plaintiff filed what appeared to be a letter dated July 22, 2024, from firm Hutchinson & Steffen, PLLC, indicating that they had been retained by Henry to represent her in this action. Undersigned counsel inquired with Henry, who confirmed that she had retained Hutchison & Steffen as of July 22, 2024. Upon request, Henry

executed a written waiver/declination of further representation by the Office of the Attorney General. Thereafter, attorneys from Hutchinson & Steffen filed a notice of appearance on Henry's behalf. ECF No. 33.

## II.   LEGAL ARGUMENT

Pursuant to LR IA 11-6(b), an attorney seeking to withdraw "after appearing a case must file a motion or stipulation and serve on the affected client and opposing counsel." Under the Nevada Rules of Professional Conduct, a lawyer must withdraw and terminate representation if, among other reasons, "[t]he lawyer is discharged." Nev. R. Prof. Cond. 1.16(a)(3).

Undersigned counsel and the Office of the Attorney General were discharged by Defendant Henry as of August 6, 2024. Accordingly, undersigned counsel and the Office of the Attorney General respectfully request that this Court grant leave to withdraw as counsel of record for Defendant Henry.

DATED this 12th day of August, 2024.

>                     AARON D. FORD
>                     Attorney General
>
>                     By:   /s/ Samuel L. Pezone, Jr.
>                           SAMUEL L. PEZONE, JR. (Bar No. 15978)
>                           Deputy Attorney General
>
>                     *Attorneys for OAG Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 12, 2024, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT TANISHA MUIRHEAD-HENRY** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada to the following:

Ronald Collins, #67184
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
*Plaintiff, Pro Se*

David J. Mortensen, Esq.
Courtney Christopher, Esq.
Brittany Lewis, Esq.
HUTCHINSON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant Tanisha Muirhead Henry, R.N.*

Tanisha Muirhead Henry
*Address Filed Under Seal at ECF No. 20*

/s/ Andrea Beckett
ANDREA BECKETT, an employee of the
Office of the Nevada Attorney General

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 09-16-24